# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| MATTHEW BISSONNETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:15-cv-00334-RL-SLC |
| ) | |
| KEVIN PODLASKI and ) | |
| CARSON BOXBERGER, LLP, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

Plaintiff Matthew Bissonnette filed a complaint against Defendants Kevin Podlaski and Carson Boxberger, LLP, on November 9, 2015, alleging that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. (DE 1). The complaint recites that Bissonnette is a citizen of Texas, that Podlaski is a citizen of Indiana, and that Carson Boxberger, LLP, "is a limited liability partnership practicing law in Indiana" with its principal office located in Indiana. (DE 1 ¶¶ 5-7).

The complaint, however, fails to adequately allege the citizenship of Carson Boxberger, LLP, for purposes of diversity jurisdiction. "[A] limited liability partnership has the citizenship of all of its partners." *Morgan, Lewis & Bockius LLP v. City of East Chi.*, No. 08 C 2748, 2008 WL 4812658, at *1 (N.D. Ill. Oct. 29, 2008) (citing *Carden v. Arkuma Assocs.*, 494 U.S. 185 (1990); *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *see Guar. Nat'l Title Co. v. J.E.G. Assocs.*, 101 F.3d 57, 59 (7th Cir. 1996) (explaining that the court would "need to know the name and citizenship(s)" of each partner for diversity jurisdiction purposes); *Bosshard Bogs, LLP v. Cliffstar Corp.*, No. 02-C-0034-C, 2002 WL 32360299, at *3 (W.D. Wis. Sept. 16, 2002) ("The citizenship of either a limited liability partnership or a limited liability company is the

citizenship of each of its partners or members, not the location of its principal place of business." (citing *Cosgrove*, 150 F.3d at 731)). Moreover, "the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be." *Meyerson v. Showboat Marina Casino P'ship*, 312 F.3d 318, 320 (7th Cir. 2002) (citations omitted). Anything less can result in a dismissal for want of jurisdiction. *Mut. Assignment & Indem. Co. v. Lind-Waldock & Co., LLC*, 364 F.3d 858, 861 (7th Cir. 2004).

Therefore, Bissonnette is ORDERED to supplement the record by filing an amended complaint on or before November 24, 2015, that properly alleges the citizenship of Carson Boxberger, LLP, by setting forth the identity and citizenship of each of its partners, tracing through all applicable layers of ownership.

SO ORDERED.

Enter for this 12th day of November 2015.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge