UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MATTHEW BISSONNETTE, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO: 1:15-cv-334- SLC |
| KEVIN PODLASKI and ) | |
| CARSON BOXBERGER, LLP, ) | |
| Defendants. ) | |

**STIPULATION ON AUTHENTICATION OF DEPOSITION EXHIBITS**

This Stipulation is entered into by and between Matthew Bissonnette, hereinafter called "Plaintiff" and Kevin Podlaski and Carson Boxberger, LLP, hereinafter called "Defendants." Plaintiff and Defendants are collectively called the "Parties."

**WHEREAS**, the depositions of Matthew Bissonnette and Kevin Podlaski were taken in this case on November 16 and 17, 2016, the non-party depositions of Benjamin Sevier, Robert D. Luskin, Alan Enslen, and Elyse Cheney were taken on January 6, 2017, January 18, 2017, January 24, 20167, and January 27, 2017;

**WHEREAS**, the Parties marked 142 exhibits in the depositions, numbered consecutively as Exhibits 1 - 142; and

**WHEREAS**, to streamline this case for trial, the Parties desire to stipulate to the authenticity of the deposition exhibits as set forth below.

**NOW, THEREFORE**, in consideration of the foregoing, the Parties stipulate as follows:

1.  Deposition exhibits 1-142 are authentic in accordance with Fed. R. Evid. 901 and constitute records of a regularly conducted activity as defined in Fed. R. Evid. 803 (6).

1

2. Nothing in paragraph 1 above prevents any party from challenging the admissibility of deposition exhibits 1-142 on the grounds of relevance or any other evidentiary objections other than the objection that the exhibits are inadmissible hearsay. Nothing herein precludes an objection that the content of an exhibit contains hearsay, and is thus inadmissible to prove the truth of the statement asserted.

3. As additional depositions are taken in this case, more deposition exhibits may be added to this stipulation.

4. The parties agree that this Stipulation will become enforceable upon its execution by their counsel of record, effective as of January 31, 2017.

SIGNATURES FOLLOW

| Johnston Tobey Baruch, P.C. | Furman Kornfeld & Brennan LLP |
|---|---|
| *Randy Johnston* (signed Robert L. Tobey) | (signature) |
| Randy Johnston | A. Michael Furman, Esq. |
| State Bar No. 10834400 | mfurman@fkblaw.com |
| randy@jtlaw.com | Izabell Lemkhen, Esq. |
| Robert L. Tobey | ILemkhen@fkblaw.com |
| State Bar No. 20082975 | 61 Broadway, 26111 Floor |
| rltobey@jtlaw.com | New York, New York 10006 |
| Chad Baruch | Telephone: (212) 867-4100 |
| State Bar No. 01864300 | Facsimile: (212) 857-4118 |
| Coyt Johnston, Jr. | |
| State Bar No. 24058772 | *Attorneys for Defendants* |
| cjohnston@jtlaw.com | *KEVIN PODLASKI and* |
| 3308 Oak Grove Avenue | *CARSON BOXBERGER, LLP* |
| Dallas, Texas 75204 | |
| Telephone: (214) 741-6260 | |
| Facsimile: (214) 741-6248 | |

*Attorneys for Plaintiff*
*MATTHEW BISSONNETTE*

3