# EXHIBIT G

Julia Bienenstein

**From:** Sevier, Ben <Ben.Sevier@us.penguingroup.com>
**Sent:** Tuesday, January 03, 2012 3:53 PM
**To:** Elyse Cheney
**Subject:** schedule

Should we make sure our three candidates are available for an intensive five month writing schedule before we meet them? I think it'll have to look something like the below, though there is a little room in this schedule (it's pretty ambitious but possible, I think). Your thoughts? I can talk to agents and even pre-interview the three writers by phone this week, if that makes sense.

Schedule

Jan 16th – Feb 6th: In-person interviewing, outlining, author's note, prologue

Feb 6th – April 27th: 1 chapter delivered each Friday—12 weeks/12 chapters—phone interviews as needed, occasional in-person interview
**I will read each chapter over the weekend as they are delivered to make sure everything stays on track and to catch any issues early

April 27th – May 1st: Epilogue

May 1st – June 1st: Editing/rewriting/refining
*As soon as the whole manuscript is in Mark and I should read it simultaneously so that we have time to go back and focus on spots that need more work, have the writer do follow-up interviews, etc.

June 1st – through the summer: production/copyediting/proofreading etc.

**Ben Sevier**
**Editor-in-Chief**
**Dutton**
**(212) 366-2531**

