# EXHIBIT H

**From:** Sevier, Ben
**To:** Kevin Podlaski
**Subject:** RE: Bin Laden
**Date:** Tuesday, August 28, 2012 3:52:35 PM

Here is what we shared. The story is live on the NYT right now.

STATEMENT
08/28/12

In response to the overwhelming excitement in the marketplace to the forthcoming publication of NO EASY DAY: The Firsthand Account of the Mission that Killed Osama bin Laden by Mark Owen with Kevin Maurer, Dutton has moved the book's publication to September 4, 2012.

The book, which begins with Owen's first deployment after the September 11th attacks and ends with the historic mission that killed Bin Laden, was originally scheduled for September 11th. The publisher now feels it is important to put NO EASY DAY on sale and let the book speak for itself.

Mark Owen says, "NO EASY DAY is a book that I'm proud to have written. My hope is that it gives my fellow Americans a glimpse into how much of an honor it is to serve our country. It is written with respect for my fellow service members while adhering to my strict desire not to disclose confidential or sensitive information that would compromise national security in any way."

Since it was announced on August 22nd, NO EASY DAY has skyrocketed to #1 at Amazon and Barnes and Noble, and garnered increased orders from accounts across the country. The first printing is now 575,000 copies.

Ben Sevier
Editor in Chief
Dutton
(212) 366-2531

**From:** Kevin Podlaski [mailto:podlaski@carsonboxberger.com]
**Sent:** Tuesday, August 28, 2012 2:58 PM
**To:** Sevier, Ben
**Subject:** RE: Bin Laden

I spoke with Dean and Susan. I understand from them that you've written a mutually agreeable public statement? If possible, I would like a copy of it. Thanks.

**From:** Sevier, Ben [mailto:Ben.Sevier@us.penguingroup.com]
**Sent:** Tuesday, August 28, 2012 9:08 AM
**To:** Kevin Podlaski
**Subject:** RE: Bin Laden

EXHIBIT 64
Deposition
11/17/16
Karen Keim, CRR, CSR, RPR

Kevin, you'll hear within the hour from Dean Ringel and Susan Buckley who represent Penguin; they are advising Alex (who can't join due to a doctor's appt but will be available mid morning) on what we