# EXHIBIT T

| | |
|---|---|
| **From:** | MO |
| **To:** | Kevin Podlaski |
| **Cc:** | Alex Jacobs (Alex@cheneyliterary.com); twatt101@gmail.com |
| **Subject:** | Re: FOIA Status Request |
| **Date:** | Thursday, May 09, 2013 2:21:12 PM |

Kevin,

Thanks for the help.  Please feel free to communicate with both Alex and Tamera, both CCd above in regards to this situation and update of information.

They are organizing all the pertinent info and are taking lead on this.

Thanks again!

Matt

....our next meeting with DOD is the 16th, is there anyway chance well hear back from this enquiry before then?


On May 9, 2013, at 8:49 AM, Kevin Podlaski <podlaski@carsonboxberger.com> wrote:

> M.:
>
> I hope all is well.  Contact me at your convenience to discuss the status of your situation.
>
> Alex said that you wanted an update on the status of this FOIA request.  I've included below the email exchanged with the Office of Security and Policy Review.  I will also shortly send to you my request and answer from the FBI for the same materials.
>
> For the record, billing for producing  materials pursuant to a FOIA request is not sent until the Agency responds with materials.  Here, no fees have yet been demanded.
>
> This is the status.
>
> -----Original Message-----
> From: Nichelson, Donald CIV WHS-ESD [mailto:Donald.Nichelson@whs.mil]
> Sent: Thursday, May 09, 2013 7:55 AM
> To: Kevin Podlaski
> Cc: Aldorfer, Susan CIV WHS-ESD
> Subject: FW: FOIA Status Request
>
> Mr. Podlaski,
>
> Good morning.  My name is Donald Nichelson.  I am the action officer handling your FOIA request.  In providing you an status update, I can tell you that I have received responsive documents, such as those described in your request.   The documents require consultation with components within Office of the Secretary of Defense.  Upon the completion of this review, the documents will be processed, and I will provide a final response to you.  Please contact me at Donald Nichelson, 571 372-425, or at Donald.nichelson@whs.mil if you have any other questions regarding your case.
>
> Respectfully,
>
> Don,
> Don Nichelson, Sr.
> Government Information Specialist

> OSD/JS Requester Services Center
> (571) 372-0425
> (571) 372-0480 fax
> NIPR: donald.nichelson@whs.mil
>
>
>
> -----Original Message-----
> From: Kevin Podlaski [mailto:podlaski@carsonboxberger.com]
> Sent: Wednesday, May 08, 2013 7:30 PM
> To: Aldorfer, Susan CIV WHS-ESD
> Subject: FOIA Status Request
>
>
>
> Ms. Aldorfer:
>
> I have not received any further correspondence from you with regard to the FOIA request I submitted in September of 2012, with the exception of the following. Please advise me as to the status of this FOIA request.
>
>
>
> Respectfully,
>
> Kevin P. Podlaski
>
>
>
>
>
>
>
> To:                              susan.aldorfer@whs.mil
>
> Subject:                     Freedom on Information Act Request
>
>
>
> Dear Ms. Andorfer:
>
>
>
> In response to your September 18, 2012, phone call concerning my September 7, 2012 letter regarding the subject matter, I authorize you to incur a minimum of Five Hundred Dollars ($500.00) for costs related to researching, copying, and mailing to me the following materials:
>
>
>
>
>
> Any and all documents related to any and all reviews, including legal reviews, security reviews, records, notes, emails, messages, instructions, letters, memoranda for record, or other documents or electronically transferred mail or messages relating in anyway to any review or screening of the following books/manuscripts:
>
> 1.    Eric Haney, Inside Delta Force: The Story of America's Elite Counterterrorist Unit
<http://www.amazon.com/Inside-Delta-Force-Americas-Counterterrorist/dp/0385339364/ref=sr_1_1?s=books&ie=UTF8&qid=1345560343&sr=1-1&keywords=delta+force+books> ;

```
>
> 2.    Michael Smith, Killer Elite;
>
> 3.    Charlie A. Beckwith <http://www.amazon.com/Charlie-A.-
Beckwith/e/B001ILM7HY/ref=sr_ntt_srch_lnk_1?qid=1345560414&sr=1-1> , Donald Knox and C. A.
Mobley, Delta Force: The Army's Elite Counterterrorist Unit <http://www.amazon.com/Delta-Force-
Armys-Elite-Counterterrorist/dp/0380809397/ref=sr_1_1?s=books&ie=UTF8&qid=1345560414&sr=1-
1&keywords=delta+force+beckwith> ;
>
> 4.    Michael Durant and Stephen Hartov, In the Company of Heroes;
>
> 5.    Michael Durant and Stephen Hartov, The Nightstalkers;
>
> 6.    (Col.)(R) John T. Carney, Jr. and Benjamin F. Schemmer, No Room For Error: The Covert
Operations of America's Special Tactic Units from Iran to Afghanistan;
>
> 7.    Command Master Chief, Dennis Chaulker, USN (Retired), One Perfect Op;
>
> 8.    Peter Blabber, The Mission, The Men and Me;
>
> 9.    Kurt Muse, Six Minutes to Freedom;
>
> 10. Sean Naylor, Not a Good Day to Die;
>
> 11. Paula Broadwell <http://www.amazon.com/Paula-
Broadwell/e/B005Y5N9JU/ref=sr_ntt_srch_lnk_2?qid=1345559916&sr=1-2>  and Vernon Loeb, All In:
The Education of General David Petraeus <http://www.amazon.com/All-Education-General-David-
Petraeus/dp/1594203180/ref=sr_1_2?s=books&ie=UTF8&qid=1345559916&sr=1-2&keywords=all+in> ;
>
> 12. Tommy Franks and Malcolm McConnell, American Soldier: General Tommy Franks
<http://www.amazon.com/American-Soldier-General-Tommy-Franks/dp/B007G95OSG/ref=sr_1_2?
s=books&ie=UTF8&qid=1345560090&sr=1-2&keywords=tommy+franks+american+soldier> ;
>
> 13. Mark Bowden <http://www.amazon.com/Mark-Bowden/e/B001HCV3XI/ref=sr_ntt_srch_lnk_1?
qid=1345560176&sr=1-1> , Blackhawk Down <http://www.amazon.com/Killing-Pablo-Worlds-Greatest-
Outlaw/dp/0142000957/ref=sr_1_1?s=books&ie=UTF8&qid=1345560176&sr=1-
1&keywords=killing+pablo+escobar> :  A Story of Modern War;
>
> 14. Mark Bowden <http://www.amazon.com/Mark-Bowden/e/B001HCV3XI/ref=sr_ntt_srch_lnk_1?
qid=1345560176&sr=1-1> , Killing Pablo: The Hunt for the World's Greatest Outlaw
<http://www.amazon.com/Killing-Pablo-Worlds-Greatest-Outlaw/dp/0142000957/ref=sr_1_1?
s=books&ie=UTF8&qid=1345560176&sr=1-1&keywords=killing+pablo+escobar> ;
>
> 15. LTG (Retired) William G. Boykin, Never Surrender.
>
> This request includes all personal notes that were or have been shared among agency personnel,
including personal notes transmitted over electronic media, including email.
>
>
>
> Respectfully,
>
> Kevin P. Podlaski
>
>
>
>
>
>
```

```
>
>
> Official Carson Boxberger Logo
>
>
>
> Kevin Podlaski
>
>
>
> We've-Moved-Web
>
>
>
```