# EXHIBIT U

**From:** Alex Jacobs
**To:** Kevin Podlaski
**Subject:** Mark Owen FOIA
**Date:** Wednesday, May 08, 2013 2:18:57 PM

Dear Kevin,

I work with Elyse Cheney in NYC – we spoke late last summer about NO EASY DAY.

My understanding is that back in September, you filed a FOIA request with the DoD's OSPR about reviews of 15 or so comparable books. Did you ever receive a formal reply? We can't seem to find one in our records.

Many thanks,
Alex

-----
**Alexander Jacobs**

Elyse Cheney Literary Associates, LLC
78 Fifth Avenue, 3rd Floor
New York, NY 10011
P: (212) 277-8007 (main)
P: (212) 277-8008 (direct)
F: (212) 614-0728
alex@cheneyliterary.com