# EXHIBIT V

**From:** Kevin Maurer
**To:** Kevin Podlaski
**Subject:** Re: Lions of Kandahar
**Date:** Tuesday, January 08, 2013 1:48:39 PM

Kevin,

Thanks for reading Lions. I loved working with Rusty. A real good dude. As for the storm, no idea. I stayed out of it, so I am not sure where things stand.

Thanks again for all your help on NED.

Kevin

On Tue, Jan 8, 2013 at 1:16 PM, Kevin Podlaski <podlaski@carsonboxberger.com> wrote:
> I just finished reading the Lions of Kandahar – a well –presented and
> captivating read!  You and Rusty Bradley certainly painted a compelling
> picture  of the rigorous life of  Special Forces Detachments and the heroes
> who serve in them.
>
>
>
> I am recommending the book to all I know.
>
>
>
> How are things going?  I haven't heard from M.O. or Elyse in quit a while.
> I presume the storm has calmed down?
>
> Let me know.
>
> R,
>
> Kevin P.


--
Kevin Maurer
910 322 4924
www.kevinmaurer.net